# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| ROCHELLE GLASGOW et al. | ) | CASE NO: 5:21-CV-02001 |
| --- | --- | --- |
| | ) | |
| Plaintiffs, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF SERVICE OF** |
| DANIEL J. BEERS et al., | ) | **DEFENDANTS DANIEL J. BEERS,** |
| | ) | **DANIEL BEERS, II, DR. BENJAMIN** |
| Defendants. | ) | **BEERS, RACHEL BEERS, THOMAS** |
| | ) | **FABRIS, BRANDON FABRIS, COST** |
| | ) | **SHARING SOLUTIONS, LLC AND THE** |
| | ) | **MEDICAL COST SAVINGS SOLUTION,** |
| | ) | **LTD'S INITIAL DISCLOSURES** |
| | ) | |

Now come Defendants, Daniel J. Beers, Daniel Beers II, Dr. Benjamin Beers, Rachel Beers, Thomas Fabris, Brandon Fabris, Cost Sharing Solutions, LLC ("CSS") The Medical Cost Savings Solution, LTD ("MCS") ("Defendants") and hereby give Notice that their Initial Disclosures were sent to all Counsel of record via email this 15th day of July, 2022.

    Respectfully Submitted,

    /s/Laura L. Mills
    Laura L. Mills, Esq. (0063011)
    Pierce C. Walker, Esq. (0097312)
    Mills, Mills, Fiely & Lucas, LLC
    101 Central Plaza South, Suite 1200
    Canton, Ohio 44702
    P: 330.456.0506
    F: 855.764.3543
    Email: LMills@MMFLlaw.com
    Pwalker@MMFLlaw.com

    And

    /s/Richard W. Arnold
    Richard W. Arnold (0063367)
    Arnold & Associates, Ltd.
    3458 Massillon Rd.
    Uniontown, OH 44685
    Phone: 330-563-4036

Fax: 234-294-0033
rarnold@asalawfirm.com

*Counsel for Defendants Daniel J. Beers, Daniel Beers II., Benjamin Beers, Rachel Beers, Thomas Fabris, Brandon Fabris, Pamela K. Johnson, Cost Sharing Solutions, LLC and The Medical Cost Savings Solution, LTD*

<h1 style="text-align:center"><strong><u>CERTIFICATE OF SERVICE</u></strong></h1>

The foregoing was served upon the following via email through this Court's ECF Filing system, this 15th day of July, 2022:

George W. Cochran, Esq.
1981 Crossfield Circle
Kent, Ohio 44240
VIA EMAIL lawchrist@gmail.com

**JOHNSON FISTEL, LLP**

Michael I. Fistel, Jr., Esq.
William W. Stone, Esq.
Oliver S. Tum Suden, Esq.
40 Powder Springs Street
Marietta, GA 30064
VIA EMAIL   MichaelF@johnsonfistel.com
            WilliamS@johnsonfistel.com
            OliverT@johnsonfistel.com

Chase M. Stern, Esq.
655 West Broadway. Suite 1400
San Diego, CA 92101
VIA EMAIL ChaseS@johnsonfistel.com
*Counsel for Plaintiffs*

Rachael L. Russo, Esq.
Ronald S. Kopp, Esq.
Emily K. Anglewicz, Esq.
Lindsey A. Casile, Esq.
Roetzel & Andress, LPA
222 South Main Street, Suite 400
Akron, OH 44308
VIA EMAIL   rrusso@ralaw.com
            rkopp@ralaw.com
            eangelwicz@ralaw.com
            lcasile@ralaw.com
*Counsel for Defendants Gospel Light*
*Mennonite Church Medical Aid Plan, Inc.*
*d/b/a Liberty Healthshare, Druzilla J.*
*Abel, Dale E. Bellis, Matt Bellis and*
*Pamela K. Johnson*

Thomas F. Haskins, Jr., Esq.
430 White Pond Drive, Suite 200
Akron, OH 44320
*Counsel for Defendant Douglas Behrens*
*And Savnet International, Inc.*

                                                                           /s/Laura L. Mills
                                                                           Laura L. Mills (0063011)