# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ROCHELLE GLASGOW, et al.,** | ) CASE NO. 5:21-cv-02001-DAR |
| **Plaintiffs,** | ) JUDGE DAVID A. RUIZ |
| v. | ) |
| **DANIEL J. BEERS, et al.,** | ) **PLAINTIFFS' MOTION TO EXCUSE ROCHELLE GLASGOW'S AND BONNIE SUE MARTIN'S ATTENDANCE AT CASE MANAGEMENT CONFERENCE** |
| **Defendants.** | ) |

Plaintiffs Rochelle Glasgow, William Rooker and Donna Landry (collectively, "Moving Plaintiffs"), hereby move by and through counsel and pursuant to L.R. 16.3(b), for an order excusing the following Plaintiffs from attending this Court's Case Management Conference scheduled for July 29, 2022:

> Rochelle Glasgow
> Bonnie Sue Martin

For cause, attendance will cause Rochelle Glasgow undue hardship because she planned an annual camping trip with friends to take place from July 28th until July 31st and there is no other weekend available the entire summer. (Exhibit A). Unfortunately, counsel was also informed that Bonnie Sue Martin passed away on July 5, 2022 after a long battle with cancer. (Exhibit B). Because Glasgow and Martin have demonstrated just cause for not attending the CMC, Moving Plaintiffs seek an Order excusing their attendance under L.R. 16.3(b).

        Respectfully submitted,

Dated: July 22, 2022      **JOHNSON FISTEL, LLP**

       By:  */s/ Michael I. Fistel, Jr.*
         MICHAEL I. FISTEL, JR.
         WILLIAM W. STONE
         OLIVER S. TUM SUDEN
         40 Powder Springs Street
         Marietta, Georgia 30064
         Telephone: (470) 632-6000
         Facsimile: (770) 200-3101
         MichaelF@johnsonfistel.com
         WilliamS@johnsonfistel.com
         OliverT@johnsonfistel.com

         CHASE M. STERN
         501 West Broadway, Suite 800
         San Diego, CA 92101
         Telephone: 619.230.0063
         Facsimile: 619.255.1856
         ChaseS@johnsonfistel.com

         **LAW OFFICE OF GEORGE W. COCHRAN**
         GEORGE W. COCHRAN (0031691)
         1981 Crossfield Circle
         Kent, Ohio 44240
         Telephone: (330) 607-2187
         Facsimile: (330) 230-6136
         lawchrist@gmail.com

         *Counsel for Plaintiffs*

3

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on July 22, 2022, I caused the forgoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                /*s/ Michael I. Fistel, Jr.*
                Michael I. Fistel, Jr.