EXHIBIT A


George Cochran <lawchrist@gmail.com>

## your current home addresses

**Rochelle Glasgow** <glasgow@montana.com>                                      Sat, Jul 16, 2022 at 9:57 AM
To: George Cochran <lawchrist@gmail.com>
Cc: William Rooker <wrooker111@gmail.com>, William Rooker <wrooker@hotmail.com>, DONNA LANDRY <woofygrl@comcast.net>

I am going camping with friends for that time. The 28th through the 31st. It's my only weekend all summer camping. Darn!

Rochelle Glasgow
Ink Realty Group
406 544 7507

Sent from my iPad

> On Jul 15, 2022, at 10:13 AM, George Cochran <lawchrist@gmail.com> wrote:
>
> [Quoted text hidden]

EXHIBIT A