# EXHIBIT B



# KALAS FUNERAL HOME & CREMATORY
Celebrating Life's Journey

Menu



## Bonnie Sue Martin
Oct 16, 1958 - Jul 5, 2022

- Obituary
- Memories
- Services
- Send Flowers
- Memorial Trees

## Bonnie Sue Martin - Obituary

A n obituary will be posted here soon. Please leave a condolence for the family by signing the guestbook at the Memories tab on the left side of this page.



Share on Facebook

## Send Flowers



**Abundance Casket Spray**
$314.95



**Faithful Wishes Wreath**
$264.95



**Thoughts of Tranquility Floor Basket**
$169.95



**Loving Thoughts Standing Spray**
$314.95



**Graceful Garden Basket**
$104.95



**Cherished Friend Bouquet**
$89.95



**Pure Ivory Basket**
$104.95



**Love & Compassion Arrangement**
$134.95

**Compassionate Lily Bouquet**
$94.95

**Life & Remembrance Casket Spray**
$369.95

**Gift of Warmth Wreath**
$329.95

**Simply Serene Floor Basket**
$184.95

Browse All Flowers

EXHIBIT B



**Kalas - Edgewater**
2973 Solomons Island Rd
Edgewater, MD 21037
(410) 956-4388

**Kalas - Oxon Hill**
6160 Oxon Hill Rd
Oxon Hill, MD 20745
(301) 567-9424

 

©2021 Kalas Funeral Home & Crematory. All rights reserved.
Privacy Policy   Terms of Use   Site powered by Revelry