# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ROCHELLE GLASGOW, et al.,** ) | **CASE NO. 5:21-cv-02001-DAR** |
| ) | |
| **Plaintiffs,** ) | **JUDGE DAVID A. RUIZ** |
| ) | |
| v. ) | |
| ) | **[PROPOSED] ORDER GRANTING** |
| **DANIEL J. BEERS, et al.,** ) | **PLAINTIFFS' MOTION TO EXCUSE** |
| ) | **ROCHELLE GLASGOW'S AND BONNIE** |
| **Defendants.** ) | **SUE MARTIN'S ATTENDANCE AT** |
| ) | **CASE MANAGEMENT CONFERENCE** |
| ) | |
| ) | |
| ) | |

Upon timely motion of Moving Plaintiffs pursuant to L.R. 16.3(b), and for good cause shown, the Court hereby excuses Rochelle Glasgow and Bonnie Sue Martin from attending the Case Management Conference scheduled for July 29, 2022.

**IT IS SO ORDERED.**

Dated: July __, 2022

                                                           Honorable David A. Ruiz
                                                          United States District Judge