UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MINUTES OF PROCEEDINGS – CIVIL

| | |
|---|---|
| ROCHELLE GLASGOW, *et al.*, | ) CASE No. 5:21-cv-02001 |
| Plaintiffs, | ) DATE: July 29, 2022 |
| v. | ) JUDGE DAVID A. RUIZ |
| RONALD BEERS, *et al.*, | ) COURT REPORTER:  n/a |
| Defendants. | ) |

Attorneys for Plaintiffs:
Chase M. Stern
George W. Cochran, III
Oliver S. Tum Suden

Attorneys for Defendants Benjamin Beers, Daniel J. Beers, Daniel Beers, Jr, Rachel Beers, Ronald Beers, Cost Sharing Solutions, LLC, Brandon Fabris, Thomas Fabris, & Medical Cost Savings Solution, LTD:  Laura L. Mills &  Richard W. Arnold

Attorneys for Defendants Druzilla J. Abel, Pamela K. Johnson, Dale E. Bellis, & Matt Bellis:  Emily K. Anglewicz & Rachael L. Russo

Attorneys for Defendant Gospel Light Mennonite Church Medical Aid Plan, Inc.: Emily K. Anglewicz & Rachael L. Russo,

Attorney for Defendants Douglas D. Behrens, & Savnet International, LLC: Thomas F. Haskins

PROCEEDINGS:  The court held a telephonic case management conference on this date with the above counsel. After extensive discussion, the Court deferred setting case management deadlines at this time. The Court will rule on the pending motions prior to setting case

management dates. The Court shall schedule a follow-up CMC conference, if necessary, after the resolution of the pending motions.

Total Time: 1 hour 10 minutes

*s/ David A. Ruiz*
David A. Ruiz
U.S. District Judge