**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO, EASTERN DIVISION**

| | | |
|---|---|---|
| **ROCHELLE GLASGOW et al.** | ) | **CASE NO: 5:21-CV-02001** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE DAVID A. RUIZ** |
| | ) | |
| **v.** | ) | |
| | ) | **DEFENDANTS' STATUS REPORT** |
| **DANIEL J. BEERS et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Now come Defendants, Daniel J. Beers, Daniel Beers II, Dr. Benjamin Beers, Rachel

Beers, Thomas Fabris, Brandon Fabris, Cost Sharing Solutions, LLC ("CSS") and The Medical

Cost Savings Solution, LTD ("MCS") (collectively referred to as "Defendants"), by and through

undersigned counsel, and hereby submits their status report as follows:

1.     Pending Motions:

**1/21/22     Defendant Douglas Behrens Motion for a More Definite Statement**
**under FRCP 12(e), Plaintiffs filed their opposition brief on February 4, 2022.**

**1/25/22     Vendor Party Defendants Motion to Dismiss for lack of subject matter**
**jurisdiction under FRCP 12(b)(1), Plaintiffs filed their omnibus opposition brief on March**
**11, 2022, reply brief filed on March 31, 2022.**

**1/25/22     Defendants Bennie Beers and Rachel Beers Motion to Dismiss for lack**
**of subject matter jurisdiction under FRCP 12(b)(1) and for failure to state a claim under**
**FRCP 12(b)(6), Plaintiffs filed their omnibus opposition brief on March 11, 2022, reply brief**
**filed on March 31, 2022.**

**1/25/22     Defendants Pamela Johnson and Matt Bellis Motion to Dismiss for**
**failure to state a claim under FRCP 12(b)(6) or alternatively, Motion for a More Definite**

Statement under FRCP 12(e), Plaintiffs filed their opposition brief on March 11, 2022.  Reply filed on April 1, 2022.

1/25/22        Liberty Defendants Motion to Dismiss for lack of subject matter jurisdiction under FRCP 12(b)(1) and for failure to state a claim under FRCP 12(b)(6), Plaintiffs filed their omnibus opposition brief on March 11, 2022.  Reply filed on April 1, 2022.

2.        Status of Discovery:

The Parties have exchanged initial disclosures.  Defendants have circulated a Joint Protective Order for review to Counsel, however, the Defendants have not received a response to date.

3.        Settlement and/or Mediation:

Defendants are not in a position to consider settlement or mediation at this time in light of the pending motions.

4.        Upcoming Conferences:

None.

5.        Additional Matters:

There are no additional matters the Parties believe should be brought to the Court's attention at this time by law of this Joint Status Report.

Respectfully Submitted,

/s/Laura L. Mills
Laura L. Mills, Esq.  (0063011)
Pierce C. Walker, Esq. (0097312)
Mills, Mills, Fiely & Lucas, LLC
101 Central Plaza South, Suite 1200
Canton, Ohio 44702
P:  330.456.0506
F:  855.764.3543

2

Email:  LMills@MMFLlaw.com
Pwalker@MMFLlaw.com

And

/s/Richard W. Arnold
Richard W. Arnold (0063367)
Arnold & Associates, Ltd.
3458 Massillon Rd.
Uniontown, OH 44685
Phone: 330-563-4036
Fax: 234-294-0033
rarnold@asalawfirm.com

*Counsel for Defendants Daniel J. Beers, Daniel Beers II., Benjamin Beers, Rachel Beers, Thomas Fabris, Brandon Fabris, Pamela K. Johnson, Cost Sharing Solutions, LLC and The Medical Cost Savings Solution, LTD*

## <u>CERTIFICATE OF SERVICE</u>

The foregoing was served upon the following via email through this Court's ECF Filing

system, this 13th day of September, 2022:

George W. Cochran, Esq.
1981 Crossfield Circle
Kent, Ohio 44240
VIA EMAIL lawchrist@gmail.com

**JOHNSON FISTEL, LLP**

Michael I. Fistel, Jr., Esq.
William W. Stone, Esq.
Oliver S. Tum Suden, Esq.
40 Powder Springs Street
Marietta, GA 30064
VIA EMAIL  MichaelF@johnsonfistel.com
           WilliamS@johnsonfistel.com
           OliverT@johnsonfistel.com

Chase M. Stern, Esq.
655 West Broadway. Suite 1400
San Diego, CA 92101
VIA EMAIL ChaseS@johnsonfistel.com
*Counsel for Plaintiffs*

Rachael L. Russo, Esq.
Ronald S. Kopp, Esq.
Emily K. Anglewicz, Esq.
Lindsey A. Casile, Esq.
Roetzel & Andress, LPA
222 South Main Street, Suite 400
Akron, OH 44308
VIA EMAIL  rrusso@ralaw.com
           rkopp@ralaw.com
           eangelwicz@ralaw.com
           lcasile@ralaw.com
*Counsel for Defendants Gospel Light*
*Mennonite Church Medical Aid Plan, Inc.*
*d/b/a Liberty Healthshare, Druzilla J.*
*Abel, Dale E. Bellis, Matt Bellis and*
*Pamela K. Johnson*

4

Thomas F. Haskins, Jr., Esq.
430 White Pond Drive, Suite 200
Akron, OH 44320
*Counsel for Defendant Douglas Behrens*
*And Savnet International, Inc.*

/s/Laura L. Mills
Laura L. Mills (0063011)