IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROCHELLE GLASGOW, *et al.*, | CASE NO.   5:21-CV-02001-DAR |
| Plaintiffs, | |
| vs. | JUDGE DAVID A. RUIZ |
| DANIEL J. BEERS, *et al.*, | |
| Defendants. | |

**DEFENDANT GOSPEL LIGHT MENNONITE CHURCH MEDICAL AID PLAN INC. D/B/A LIBERTY HEALTHSHARE'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant, Gospel Light Mennonite Church Medical Aid Plan, Inc. d/b/a Liberty HealthShare ("Liberty HealthShare" or "Liberty") by and through counsel, respectfully moves this Court to dismiss Plaintiffs' First Amended Complaint in light of a prior settlement agreement between the Ohio Attorney General, acting in his *parens patriae* capacity on behalf of current and former members of Liberty HealthShare and others. Because this settlement agreement resolved the claims set forth in Plaintiffs' Complaint, there is no actual case or controversy before the Court, and the Court therefore lacks subject matter jurisdiction. Alternatively, Plaintiffs' claims are barred by res judicata based on the prior settlement agreement.  A Memorandum in Support of this Motion to Dismiss is attached hereto for the Court's review and consideration.

Respectfully submitted,

/s/ Emily K. Anglewicz
Ronald S. Kopp (0004950)
Rachael L. Russo (0070904)
Emily K. Anglewicz (0083129)
Lauryn T. Robinson (0101046)
**ROETZEL & ANDRESS, LPA**
One Cleveland Center – 10th Floor
1375 East Ninth Street
Cleveland, OH 44114
Phone: 216-623-0150
Fax: 216-623-0134
rkopp@ralaw.com
rrusso@ralaw.com
eanglewicz@ralaw.com
ltrobinson@ralaw.com

*Counsel for Defendants Gospel Light Mennonite Church Medical Aid Plan, Inc., d/b/a. Liberty HealthShare*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically filed with the Court on December 12, 2022 and served upon all parties by means of the CM/ECF system. Parties may access this filing through the Court's system.

/s/ Emily K. Anglewicz
Emily K. Anglewicz (0083129)
*One of the Attorneys for Defendant Gospel Light Mennonite Church Medical Aid Plan, Inc., d/b/a. Liberty HealthShare*