**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ROCHELLE GLASGOW, *et al*., | ) |
| | ) CASE NO. 5:21-cv-02001-DAR |
| Plaintiffs, | ) |
| | ) |
| vs. | ) JUDGE DAVID A. RUIZ |
| | ) |
| DANIEL J. BEERS, *et al*. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF WITHDRAWAL AS COUNSEL**

NOW COMES Attorney Lauryn T. Robinson who gives notice of her withdrawal as co-counsel for Defendant Gospel Light Mennonite Church Medical Aid Plan, Inc., d/b/a Liberty HealthShare, Inc. based on her no longer being employed with the law firm of Roetzel & Andress, LPA as of Friday, March 31, 2023. Attorneys Ronald S. Kopp, Rachael L. Russo and Emily K. Anglewicz of Roetzel & Andress, LPA shall continue to serve as counsel for Defendant Gospel Light Mennonite Church Medical Aid Plan, Inc., d/b/a Liberty HealthShare, Inc.

19693734 _1

Dated: March 30, 2023

Respectfully submitted,

 */s/ Lauryn T. Robinson*
Ronald S. Kopp (0004950)
Rachael L. Russo (0070904)
Emily K. Anglewicz (0083129)
Lauryn T. Robinson (0101046)
**ROETZEL & ANDRESS, LPA**
One Cleveland Center – 10th Floor
1375 East Ninth Street
Cleveland, OH 44114
Phone: 216-623-0150
Fax: 216-623-0134
rkopp@ralaw.com
rrusso@ralaw.com
eanglewicz@ralaw.com
ltrobinson@ralaw.com

*Counsel for Defendant Gospel Light Mennonite Church Medical Aid Plan, Inc., d/b/a Liberty HealthShare, Inc.*

**CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically on March 30, 2023.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Lauryn T. Robinson*
Lauryn T. Robinson (0101046)

*One of the Attorneys for Defendant Gospel Light Mennonite Church Medical Aid Plan, Inc., d/b/a Liberty HealthShare, Inc.*