IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROCHELLE GLASGOW, *et al.*, | CASE NO. 5:21-CV-02001 |
| Named Plaintiffs, | JUDGE DAVID A. RUIZ |
| vs. | |
| DANIEL J. BEERS, *et al.*, | |
| Defendants. | |

## JOINT STATUS REPORT

Plaintiffs Rochelle Glasgow, Donna Landry, and William Rooker ("Plaintiffs"); Defendants Gospel Light Mennonite Church Medical Aid Plan Inc. d/b/a Liberty HealthShare ("Liberty"), Druzilla J. Abel, Dale E. Bellis, The Medical Cost Savings Solution, LTD, Cost Sharing Solutions, LLC, Thomas Fabris, Brandon Fabris, Daniel J. Beers, Ronald Beers, and Daniel Beers II (collectively "Defendants," and together with Plaintiffs, the "Parties"[1]), by and through their respective counsel of record, hereby submit this Joint Status Report.

Pursuant to the Court's Case Management Order of July 12, 2024 (ECF No. 123) ("CMO"), the Parties are currently engaged in discovery that is limited to discovery necessary for class certification. Pursuant to the CMO, the deadline for all discovery relevant to certification of the proposed class is April 30, 2025, and Plaintiffs' motion for class certification is due by May 30, 2025.

---

[1] Plaintiffs' counsel reached out to counsel for Defendants Doughlas Behrens and SavNet International, LLC ("Savnet") on September 30, 2024, and October 1, 2024, regarding this Joint Status Report, but have not received a response.

1

**(1) Pending Class Discovery**

On July 26, 2024, Plaintiffs served:

- Plaintiffs' First Requests for Production of Documents Relevant to Class Certification to Liberty;

- Plaintiffs' First Requests for Production of Documents Relevant to Class Certification to Druzilla Abel;

- Plaintiffs' First Requests for Production of Documents Relevant to Class Certification to Dale E. Bellis;

- Plaintiffs' First Requests for Production of Documents Relevant to Class Certification to Douglas Behrens and Savnet; and

- Plaintiffs' First Requests for Production of Documents Relevant to Class Certification to Daniel J. Beers, Daniel Beers, Jr., Thomas Fabris, Brandon Fabris, Ronald Beers, Cost Sharing Solutions, LLC and The Medical Cost Savings Solution.

On August 2, 2024, Liberty served:

- Liberty's First Set of Discovery Requests to Plaintiff Rochelle Glasgow;

- Liberty's First Set of Discovery Requests to Plaintiff Donna Landry; and

- Liberty's First Set of Discovery Requests to Plaintiff William Rooker;

On August 22, 2024, Defendant Dale E. Bellis served:

- Defendant Dale E. Bellis' First Set of Interrogatories, Requests for Admission, and Requests for Production of Documents to Plaintiff Rochelle Glasgow;

- Defendant Dale E. Bellis' First Set of Interrogatories, Requests for Admission, and Requests for Production of Documents to Plaintiff Donna Landry;

- Defendant Dale E. Bellis' First Set of Interrogatories, Requests for Admission, and

2

Requests for Production of Documents to Plaintiff William Rooker.

On August 30, 2024, Defendant Druzilla Abel served:

- Druzilla Abel's Request for Production of Documents Propounded Upon Plaintiff Rochelle Glasgow;

- Druzilla Abel's Request for Production of Documents Propounded Upon Plaintiff Donna Landry; and

- Druzilla Abel's Request for Production of Documents Propounded Upon Plaintiff William Rooker.

On September 6, 2024, Plaintiffs served:

- Plaintiffs' First Set of Interrogatories Relevant to Class Certification to Liberty;

- Plaintiffs' First Set of Interrogatories Relevant to Class Certification to Douglas D. Behrens and Savnet;

- Plaintiffs' First Set of Interrogatories Relevant to Class Certification to Dale E. Bellis; and

- Plaintiffs' First Set of Interrogatories Relevant to Class Certification to Daniel J. Beers, Daniel Beers, Jr., Brandon Fabris, Ronald Beers, Cost Sharing Solutions, LLC, and The Medical Cost Savings Solution.

On September 20, 2024, Plaintiffs served:

- Plaintiffs' First Set of Requests for Admission Relevant to Class Certification to Liberty.

The Parties have agreed to mutual extensions of time to respond to these discovery requests. Although responses to Plaintiffs' First Requests for Production of Documents Relevant to Class Certification to Defendants Daniel J. Beers, Daniel Beers, Jr., Ronald Beers,

3

Cost Sharing Solutions, LLC, Douglas Behrens, and Savnet were due on September 25, 2024, Plaintiffs have not yet received their responses.

**(2) Pending Motions**

There are currently five (5) motions pending before this Court:

- By Laura L. Mills, Pierce C. Walker, and Richard W. Arnold to withdraw as attorneys filed by Daniel J. Beers, Daniel Beers, Jr, Ronald Beers, and Cost Sharing Solutions, LLC on July 1, 2024 (ECF No. 118).

- The Parties' Joint Motion for Protective Order filed July 17, 2024 (ECF No. 124);

- By Thomas F. Haskins, Jr., to withdraw as attorney for Douglas D. Behrens filed on September 9, 2024 (ECF No. 125);

- By Thomas F. Haskins, Jr., to withdraw as attorney for Savnet filed on September 9, 2024 (ECF No. 126); and

- By Paul Neel to withdraw as attorney for Defendant Druzilla J. Abel on September 20, 2024 (ECF No. 127).

**(3) Upcoming Conferences**

Pursuant to the CMO, a telephonic status conference before the Court is scheduled for October 9, 2024, at 2 p.m.

**(4) Additional Matters**

A protocol regarding the discovery of electronically stored information ("ESI") has been agreed to by all parties, except Defendants Douglas D. Behrens and Savnet. Both Behrens and Savnet have not indicated any objection to the proposed ESI protocol, but their counsel has not responded to multiple communications seeking his consent to it.

Respectfully submitted,

Dated: October 2, 2024  **JOHNSON FISTEL, LLP**

By: */s/ Michael I. Fistel, Jr.*
MICHAEL I. FISTEL, JR.
WILLIAM W. STONE
OLIVER S. TUM SUDEN
40 Powder Springs Street
Marietta, Georgia 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
MichaelF@johnsonfistel.com
WilliamS@johnsonfistel.com
OliverT@johnsonfistel.com

**LAW OFFICE OF GEORGE W. COCHRAN**

*/s/ George W. Cochran*
GEORGE W. COCHRAN (0031691)
1981 Crossfield Circle
Kent, Ohio 44240
Telephone: (330) 607-2187
Facsimile: (330) 230-6136
lawchrist@gmail.com

*Counsel for Plaintiffs*

**ROETZEL & ANDRESS, LPA**

*/s/ Emily K. Anglewicz*
Emily K. Anglewicz (0083129)
Michelle F. Noureddine (0092410)
222 South Main Street, Suite 400
Akron, Ohio 44308
Telephone: (330) 376-2700
Facsimile: (330) 376-4577
eanglewicz@ralaw.com
mnoureddine@ralaw.com

Barry Y. Freeman (0062040)
1375 E. Ninth Street, 10th Floor
Cleveland, Ohio 44114
Telephone: (312) 741-0786
Facsimile: (216) 623-0134
bfreeman@ralaw.com

5

*Attorneys for Defendant Gospel Light Mennonite Church Medical Aid Plan, Inc. d/b/a Liberty Healthshare*

**MILLS, MILLS, FIELY & LUCAS, LLC**

*/s/ Laura L. Mills*
Laura L. Mills, Esq. (0063011)
Pierce C. Walker, Esq. (0097312)
Ted Czaplicki, Esq. (0092149)
101 Central Plaza South, Suite 1200
Canton, Ohio 44702
Telephone: (330) 456-0506
Facsimile: (855) 764-3543
LMills@MMFLlaw.com
PWalker@MMFLlaw.com
TCzaplicki@MMFLlaw.com

**ARNOLD & ASSOCIATES, LTD.**

Richard W. Arnold (0063367)
3458 Massillon Road
Uniontown, Ohio 44685
Telephone: (330) 563-4036
Facsimile: (234) 294-0033
rarnold@asalawfirm.com

*Attorneys for Defendants Daniel J. Beers, Daniel Beers II, Thomas Fabris, Brandon Fabris, Ronald Beers, Cost Sharing Solutions, LLC and The Medical Cost Savings Solution, LTD*

**TAFT STETTINIUS & HOLLISTER LLP**

*/s/ Michael J. Zbiegien Jr.*
Michael J. Zbiegien Jr.
David H. Thomas
Cary M. Snyder
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Telephone: (216) 241-2838
Facsimile: (216) 241-3707
mzbiegien@taftlaw.com
dthomas@taftlaw.com

csnyder@taftlaw.com

*Attorneys for Defendant Dale E. Bellis*

**PEREZ & MORRIS, LLC**

*/s/ Kerin Lyn Kaminski*
Kerin Lyn Kaminski (0013522)
Karen L. Giffen (0042663)
Kathleen Nitschke
Paul J. Neel (0100581)
1300 East Ninth Street, Suite 1600
Cleveland, Ohio 44114
Telephone: 216-621-5161
Facsimile: 216-621-2399
kkaminski@perez-morris.com
kgiffen@perez-morris.com
knitschke@perez-morris.com
pneel@perez-morris.com

*Attorneys for Defendant Druzilla J. Abel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses noted on the Electronic Mail Notice List.

>  */s/ George W. Cochran*
>  George W. Cochran (0031691)