**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROCHELLE GLASGOW, *et al.*, | ) | CASE NO. 5:21-cv-2001 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| DANIEL BEERS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

CONSENT ORDER TO EXTEND DEADLINE TO CONDUCT CERTAIN DEPOSITIONS
AND FOR CONTINUANCE OF STATUS CONFERENCE

Upon review of the parties' Joint Motion to Extend Deadline to Conduct Certain Depositions and to Continue Status Conference (R. 160), IT IS HEREBY ORDERED that the Motion is GRANTED.

The deadline for the parties to conduct Rule 30(b)(6) depositions and Plaintiffs' depositions is hereby extended from February 28, 2025, to March 31, 2025. All other dates in the Case Management Order (R. 123) remain.

The telephonic status conference previously set for January 23, 2025, is hereby CANCELLED and reset for March 6, 2025 at 12:00 p.m. Conference call information will be provided.

IT IS SO ORDERED.

s/*David A. Ruiz*
David A. Ruiz
United States District Judge

Date: January 23, 2025