# EXHIBIT 66

IN THE UNITED STATES DISTRIC COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| *ROCHELLE GLASGOW, et al.*, | ) | CASE NO. 5:21-cv-02001DAR |
| | ) | |
| Plaintiffs, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | **DECLARATION OF PLAINTIFF DONNA** |
| | ) | **LANDRY IN SUPPORT OF PLAINTIFFS'** |
| *DANIEL J. BEERS, et al.*, | ) | **MOTION FOR CLASS CERTIFICATION** |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, Donna Landry, declare as follows:

1. I am a Plaintiff in this case and am willing to serve as a Class Representative in this case. The statements herein are based on my personal knowledge and experiences with Liberty HealthShare. I submit this declaration in support of the Plaintiffs' Motion for Class Certification in the above-captioned matter.

2. I was particularly interested in Liberty HealthShare because it covered functional medicine consults, which focus on identifying and addressing the root cause of illnesses. This approach aligns with my personal health philosophy. I also was attracted to Liberty's promotion of healthy lifestyle habits, which mirrored my personal commitment to a healthy lifestyle—such as not smoking or drinking, exercising daily, and eating well—and appreciated that Liberty emphasized these values.

3. As a small business owner, I found that traditional insurance was expensive and I sought an alternative to my existing insurance coverage, which I recall was more expensive than the Monthly Sharing Amounts required by Liberty.

4. I was aware that Liberty HealthShare was not traditional insurance but a cost-sharing

organization. I appreciated the concept of shared healthcare expenses as an alternative to insurance, believing that it functioned in a similar way and filled a need for those looking outside conventional insurance models.

5. I also felt comfortable joining Liberty HealthShare as a spiritual person and understood Liberty accepted members regardless of strict religious adherence.

6. I am motivated to serve as a class representative in this action by a desire to seek justice and restitution on behalf of my deceased sister, Bonnie Martin, my friends, and for everybody that has been a Liberty member.  I believe that Liberty HealthShare has engaged in a systemic pattern of wrongdoing—denying claims, skimming money for personal enrichment, and functioning deceptively as a healthcare sharing ministry while operating like an insurance company but without the protections mandated by law.

7. I believe that Liberty HealthShare is a fraudulent organization that has scammed people and that Defendants in this case have gotten wealthy off of other people's backs.  I seek to obtain restitution and justice for people who been wronged by Defendants, including everyone who has been a member of Liberty HealthShare.

I declare under penalty of perjury that the foregoing is true and correct.   Executed this 27th day of July, 2025, in Olympia, Washington.

/s/*Donna Landry*
    Donna Landry